ALLSTATE PROPERTY AND
CASUALTY INSURANCE
COMPANY

v.

Jared WOLFE.

**Petition of United States Court of
Appeals for the Third Circuit.**

**No. 23 MM 2014.**

Supreme Court of Pennsylvania.

April 24, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of April, 2014, the Petition for Certification of Question of Law submitted by the United States Court of Appeals for the Third Circuit is **GRANTED.** This Court shall consider the following issue:

> Under Pennsylvania law, can an insured tortfeasor assign his or her bad faith claim against an insurer, under 42 Pa. C.S. § 8371, to an injured third party?

The Prothonotary shall set a briefing schedule, and the matter shall be submitted on the briefs. The Insurance Commissioner is invited to file an *amicus curiae* brief.

In re Nomination Petitions of Robert MELENDEZ, Candidate in the Democratic Primary for the 127th State Legislative District.

**Appeal of Robert Melendez.**

Supreme Court of Pennsylvania.

Submitted April 11, 2014.
Decided April 25, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of April, 2014, the order of the Commonwealth Court is **AFFIRMED.**